# E-Signature Record 3e299649-351f-4e95-b43c-33c9a9f74454

- Summary
- Signed Response

🖨 Print Friendly Record

## Summary

✓ **Respondent Reviewed and Signed.** The respondent reviewed the contents of their submission, provided contact information for verification, and signed the response.

✓ **Signatory Verified.** Signatory has verified the information submitted when Response was signed.

✓ **Record Completed.** All E-Signature Record requirements have been completed.

✓ **Record Locked.** E-Signature Record was automatically locked. The E-Signature Record fulfills all requirements.

✓ **Record Sealed.** All steps have been completed. E-Signature Record has been cryptographically signed and hashed.

## Record Details

| | |
|---|---|
| Submitted Form | T-Mobile - Seasons4 |
| Submitted Form ID | 4981913 |
| Submitted Form Version | 5 |
| Submitted Response | 261854991 |
| Response Submitted Datetime | 2022-07-22 17:56:30 |

Congratulations! Looks like you qualify and we'd like to immediately move your claim forward. To do so, we are handing you application over to the law firm, Milberg Coleman Bryson Phillips Grossman, who will be responsible for your claim moving forward.

*A message from Milberg:*

Welcome! Thank you for the opportunity to represent you in this claim. This will cost you nothing out of pocket. We get paid only if we recover an award or settlement on your behalf. Our fee is 33.33% of the award we recover for you. If we don't win, you don't pay.

To move forward, please provide the following information:
First Name:Last Name:
KRISTIE     BARKLEY
Email:
KRISTIEESTATES@GMAIL.COM
Phone Number (Preferably the Same Number that was Breached):
4439226888
Street Address:
68 EWING DRIVE
City:
REISTERSTOWN
State:
MD
Postal/Zip Code:
21136

Thank you, this next step is very important. Please read carefully.

(Page 3 /5)



ClassAction.org

You will be asked to electronically sign our **Contingency Fee Agreement**.

- You pay nothing out of pocket
- You **will not** be asked for any credit card information to hire our firm
- If we win, our fee is paid from a percentage of the money we recover for you
- If we do not win, you pay nothing

(Page 4 /5)

Re: **Plaintiff v. T-Mobile US, Inc.**

Dear Client

We look forward to working with you to pursue your claims against T-Mobile US, Inc. ("T-Mobile") regarding T-Mobile's August 2021 data breach and failure to protect your personally identifiable information ("PII") from exposure to third parties. This is an agreement

ultimately obtain a recovery. Advanced costs are deducted from the recovery after the calculation of the contingent fee.

Please understand that MCBPG may at any time recommend that the case not be continued for good and sufficient reasons including, but not limited to, little or no likelihood for success on the claims' merits, or the lack of available sums, whether they be the assets of T-Mobile or applicable insurance coverage. If we should make such a recommendation to discontinue, we may withdraw our representation upon due notice.

Also understand that your file and any materials compiled by our firms during representation will remain the property of our firms upon conclusion of the representation. We will cooperate fully in furnishing a copy of relevant materials from the file to any successor attorney who you may retain. Additionally, we will maintain the file on this matter for at least six (6) years. Should you wish to obtain any information or materials from the file, including personal items furnished to us in the handling of your case (i.e., documents, photographs), these will be returned to you by request if the request is made within six (6) years after the conclusion of the representation.

Finally, we do not make any promises or guarantees regarding the outcome or conclusion of your claims.

If you have any questions about the foregoing, please advise. We would appreciate your returning a signed copy of this engagement letter to us for our files.

We look forward to working with you on this matter.

Sincerely,

**Jonathan B. Cohen**

---

[1] T-Mobile contends that, by accepting its Terms and Conditions, all users agree to resolve any disputes with T-Mobile via binding individual arbitration rather than proceed with claims in court, and to waive their rights to a jury trial and to participate in any class action lawsuit.

**Your Signature**

ClassAction.org

# Legal Investigation: 2021 T-Mobile Data Breach

*Last Updated on June 16, 2022*

COMMENTS | SHARE

**AT A GLANCE**

- **This Alert Affects:**

  Anyone whose personal information was exposed as part of the 2021 T-Mobile data breach.

- **What's Going On?**

  Attorneys working with ClassAction.org are gathering current and former T-Mobile customers to take action against the company over the 2021 data breach that exposed the personal information of millions of current and former T-Mobile customers.

- **What You Can Do**

  If you were affected by the breach and you want to sign up, fill out the form using the link on this page.

- **What Am I Signing Up For?**

Since the breach, attorneys have been working to help make sure T-Mobile is held accountable for failing to properly protect the private information of millions, who are now at a heightened risk for fraud and identity theft.

> It has been reported that information as sensitive as Social Security numbers, dates of birth and drivers' license numbers were stolen in the breach.

If you've received notice that your information was compromised in the T-Mobile data breach, you can now join others taking action. Sign up today by filling out this form.

o  o  o

## What Am I Signing Up for, Exactly?

You are signing up to take part in what's known in the legal world as "mass arbitration." Mass arbitration occurs when hundreds or thousands of consumers bring individual arbitration claims against the same company, at the same time and over the same issue. In some cases, the company may choose to agree to a quick settlement rather than arbitrate the large number of claims and pay the costly upfront fees that come along with doing so.

While T-Mobile has offered two years of free identity protection services, attorneys believe this offer is not enough to compensate people whose information was exposed. T-Mobile customers could now be at risk of identity theft and fraud for many years to come, and legal action could help compensate people for the cost of these additional damages.

○ ○ ○

# T-Mobile Data Breach 2021: Was I Affected?

Hackers initially told the media in late August that they had obtained the personal information of over 100 million people from T-Mobile's servers, but the company itself has so far reported that the data breach, officially announced on August 16, has affected almost 50 million former, current and prospective customers. According to T-Mobile, not all the stolen data files contained the same information.

Here's a quick summary of the groups T-Mobile says were affected by the breach and what information may have been exposed for each group:

If you received notice that your information was compromised as part of the 2021 T-Mobile data breach, now is the time to take action.

Attorneys need as many people as possible to come forward to make T-Mobile recognize the extent of the harm they've caused – and make them pay for it.

Sign up today by filling out this quick form.

○ ○ ○

### Were you affected by the T-Mobile data breach?

If so, join others taking action. It doesn't cost anything, and all you have to do is fill out a quick form using the link below.

**Sign Up Today**